# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-                                          **CASE NO. 6:09-CR-2-ORL-35DAB**

**EMILIO ISMAEL VAZQUEZ**
_____

## ORDER

This case, having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 17, filed January 21, 2009) and no objection thereto having been filed, it is **ORDERED**:

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2.      Defendant Emilio Ismael Vazquez has entered a plea of guilty to Counts One, Two, Three and Four of the Information knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three and Four of the Information.  (Doc. No. 9).

**DONE AND ORDERED** at Orlando, Florida, this 17th day of February 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal

United States Probation
United States Pretrial Service