**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO: 6:09-cr-2-Orl-36DAB

**EMILIO ISMAEL VAZQUEZ**

_____

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 75), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on July 29, 2014.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered August 4, 2014 (Doc. No. 75) is ADOPTED AND CONFIRMED and made a part of this Order.

2. Defendant shall personally appear on **September 9, 2014 at 11:15 AM** before the **Honorable Charlene Edwards Honeywell**, United States District Judge, in **Courtroom #5B**, **401 West Central Boulevard, Orlando, Florida** and shall show cause why probation or supervised release should not be revoked.

- 2 -

**DONE and ORDERED** in Tampa, Florida this 21st day of August 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing.  Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing*.

Copies to:
United States Magistrate Judge
Counsel for Defendant
United States Attorney
United States Marshal Service
United States Probation Office
Courtroom Deputy Clerk